UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Naseef Bryan, Jr.</u>

    v.                                                            Case No. 23-cv-343-JL

<u>Emile R. Bussiere, Jr.</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated September 29, 2023 and October 11, 2023.

_____
Joseph N. Laplante
United States District Judge

Date: November 30, 2023

cc:   Naseef Bryan, Jr. pro se